# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVSION

| | |
|---|---|
| **ADAM DAVID LYND,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Case No. _____ |
| § | |
| **DEUTSCHE BANK NATIONAL TRUST** § | |
| **COMPANY, AS TRUSTEE FOR** § | |
| **SOUNDVIEW HOME LOAN TRUST** § | |
| **SERVICING AGREEMENT DATED 2005-** § | |
| **OPT3, ASSET-BACKED CERTIFICATES,** § | |
| **SERIES 2005-OPT3,** § | |
| § | |
| **Defendant.** § | |

**EXHIBIT A**
**INDEX OF EXHIBITS FOR NOTICE OF REMOVAL TO FEDERAL COURT**

| Exhibit | Description |
|---|---|
| A-1 | State Court Docket Sheet |
| A-2 | Plaintiff's Original Petition – Filed 03/03/16 |
| A-3 | Bexar County Appraisal District Information Sheet |