# EXHIBIT A-1

# Texas District & County Courts

### TX District & County - Bexar (District Only)
### (Bexar)

## 2016CI03824

## Adam D Lynd v. Deutsche Bank National Trust Company

The case was last updated by the court on Friday, March 04, 2016

### Header

| | |
|---:|:---|
| Case Number: | 2016CI03824 |
| Date Filed: | 03/03/2016 |
| Date Full Case Retrieved: | 03/04/2016 |
| Status: | Pending Mar 3 2016 12:00AM |
| Misc: | (194) OTHER CIVIL CASES; Civil |

[Summary][Litigants][Attorneys][Proceedings][Orders]

### Summary

**Court:** 37th District Court

### Litigants

| Name | Type | File Date |
|---|---|---|
| Adam David Lynd | Plaintiff | 03/03/2016 |
| Deutsche Bank National Trust Company | Defendant | 03/03/2016 |

### Attorneys

| Name | Type | File Date |
|---|---|---|
| Alan Braun | Plaintiff | 03/03/2016 |

### Proceedings

| # | Date | Type | Details |
|---|---|---|---|
| 00001 | 03/03/2016 | Petition | |

### Orders

**No Information is Available for this case**

Copyright © 2016 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***