# EXHIBIT A-2

FILED
3/3/2016 7:09:38 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

**2016CI03824**

No. _____

| | | |
|---|---|---|
| ADAM DAVID LYND, § | | IN THE DISTRICT COURT |
| Plaintiff, § | | |
| § | | |
| v. § | | OF BEXAR COUNTY, TEXAS |
| § | | |
| DEUTSCHE BANK NATIONAL § | | |
| TRUST COMPANY, AS TRUSTEE § | | |
| FOR SOUNDVIEW HOME LOAN § | | |
| TRUST 2005-OPT3, ASSET-BACKED § | | **37TH** |
| CERTIFICATES, SERIES 2005- § | | |
| OPT3 § | | |
| Defendant. § | | {____} JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Plaintiff, Adam Davis Lynd, files this original petition and request for Disclosure against defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OP53 by OCWEN LOAN SERVICING, LLC (hereinafter "Deutsche Bank" or "Defendant"), and any other interested parties, seeking declaratory relief and damages. In support thereof, Plaintiff would show unto the Court the following:

### A. DISCOVERY-CONTROL PLAN

1.   Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit does not fall under the expedited-actions process of Texas Rule of Civil Procedure 169 because Plaintiff requests injunctive relief and monetary relief in excess of $100,000.00

### B. RELIEF

2.   Plaintiff seeks monetary relief over $100,000 but not more than $200,000. Tex. R. Civ. P. 47(c)(3) and non-monetary relief.

### C. PARTIES

3. Plaintiff is Adam David Lynd. Mr. Lynd is a resident of Bexar County.

4. Defendant Deutsche Bank is a foreign corporation licensed to do business in Texas and may be served by serving its registered agent for service of process CT Corporation System, 350 N. St. Paul St., Ste. 2900. Deutsche Bank claims to be the mortgage holder for the property that is the subject of this suit.

### D. VENUE

5. Venue is proper in this court under Section 15.002(1) of the Texas Civil Practice and Remedies Code in that Bexar County is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

### E. FACTS AND REQUEST FOR DECLARATORY RELIEF

6. This suit concerns a home equity loan on the property at 25 Stratton Lane San Antonio TX, 78257.

7. On September 23, 2015, Defendant Deutsche Bank National Trust filed an application for an expedited order under Rule 736 on a home equity loan against Plaintiff Adam David Lynd.

8. Plaintiff believes the application filed by Defendant misstates the amount of the debt owed by Mr. Lynd and seeks a declaratory judgment as to such allegation.

9. Additionally, it is believed the application that was filed fails to give Mr. Lynd proper credit for payments that have been made and Plaintiff seeks a declaratory as to such allegation.

10. If the Court allows a foreclosure proceeding to go forward then Plaintiff may lose his residence in Bexar County and any equity that may exist.

11. Defendant and other interested parties should be estopped from obtaining an expedited foreclosure in this matter as they have not given Mr. Lynd proper credit for payments

he has made, have not reflected the alleged proper amounts due, have not credited all payments and are not proper parties entitled to the relief sought or provided proper notice to all parties. Plaintiff further asserts a claim for breach of contract based on the allegations set out above.

12. Defendant and any interested parties have instituted a 736 proceeding under the Texas Rules of Procedure which proceeding should be dismissed as provided by 736.11.

13. Mr. Lynd has retained an attorney to represent him in this action and has agreed to pay his attorney reasonable and necessary attorney's fees. An award of reasonable and necessary costs and attorney's fees to Plaintiff would be equitable and just, and is therefore requested and authorized under Tex. Civ. Prac. & Rem. Code Ann. § 37.009.

### F. ATTORNEY FEES

14. Defendant's conduct as described in this petition and the resulting damage and loss to Plaintiff has necessitated Plaintiff's retaining counsel. Therefore, Plaintiff seeks all reasonable and necessary attorney fees in this case which would include at least the following:

   A.  Preparation and trial of the claim, in an amount the jury deems reasonable.

   B.  Post-Trial, pre-appeal legal services, in an amount the jury deems reasonable.

   C.  An appeal to the Court of Appeals, in an amount the jury deems reasonable.

   D.  Making or responding to an application for Writ of Error to the Supreme Court of Texas, and attorney's fees in the event that application for Writ of Error is granted, in an amount the jury deems reasonable, and,

   E.  Post-judgment discovery and collection in the event execution on the judgment is necessary, in an amount the jury deems reasonable.

### J. PRAYER

13. Therefore, Plaintiff respectfully requests judgment as follows:

   - Declaring that the application for an expedited order on a home equity loan in

matter 2015-CI-16151 is stayed or automatically dismissed in accordance with TRCP 736.11.

- For Plaintiff's reasonable and necessary costs and attorney's fees.

- For any other relief to which Plaintiff is entitled, including declaratory relief and damages.

Respectfully submitted,

**DAVIS LAW FIRM**
10500 Heritage Dr., Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444
Facsimile: (210) 785-0806

BY: **/s/Alan Braun**_____
**JEFFREY R. DAVIS**
State Bar No: 05508350
**Adam Poncio**
State Bar No: 16109800
**ALAN BRAUN**
State Bar No: 24054488

**ATTORNEYS FOR PLAINTIFF**