# EXHIBIT A-3

# Bexar CAD

## Property Search Results > 746349 LYND ADAM DAVID for Year 2015

### Property

#### Account

| | | | |
|---|---|---|---|
| Property ID: | 746349 | Legal Description: | NCB 34034B BLK 16 LOT 117 DOMINION COTTAGE EST UT-4 "IH 10 W/DOMINION" ANNEXATN |
| Geographic ID: | 34034-216-1170 | Agent Code: | 60585 |
| Type: | Real | | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

#### Location

| | | | |
|---|---|---|---|
| Address: | 25 STRATTON LN<br>SAN ANTONIO, TX 78257 | Mapsco: | 480A4 |
| Neighborhood: | DOMINION/COTTAGE EST.(NS | Map ID: | |
| Neighborhood CD: | 99533 | | |

#### Owner

| | | | |
|---|---|---|---|
| Name: | LYND ADAM DAVID | Owner ID: | 581980 |
| Mailing Address: | 8000 W INTERSTATE 10 STE 1200<br>SAN ANTONIO, TX 78230-3872 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

### Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $476,740 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $104,260 | | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | $0 | | $0 |
| (+) Timber Market Valuation: | + | $0 | | $0 |
| | | ------------------------ | | |
| (=) Market Value: | = | $581,000 | | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | $581,000 | | |
| (–) HS Cap: | – | $0 | | |
| | | ------------------------ | | |
| (=) Assessed Value: | = | $581,000 | | |

### Taxing Jurisdiction

Owner:         LYND ADAM DAVID
% Ownership:   100.0000000000%
Total Value:   $581,000

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 06 | BEXAR CO RD & FLOOD | 0.017000 | $581,000 | $578,000 | $98.26 |
| 08 | SA RIVER AUTH | 0.017290 | $581,000 | $576,000 | $99.59 |
| 09 | ALAMO COM COLLEGE | 0.149150 | $581,000 | $581,000 | $866.56 |
| 10 | UNIV HEALTH SYSTEM | 0.276235 | $581,000 | $581,000 | $1,604.92 |
| 11 | BEXAR COUNTY | 0.297500 | $581,000 | $581,000 | $1,728.48 |
| 21 | CITY OF SAN ANTONIO | 0.558270 | $581,000 | $581,000 | $3,243.55 |
| 56 | NORTHSIDE ISD | 1.375500 | $581,000 | $556,000 | $7,647.78 |
| CAD | BEXAR APPRAISAL DISTRICT | 0.000000 | $581,000 | $581,000 | $0.00 |
| | Total Tax Rate: | 2.690945 | | | |
| | | | | Taxes w/Current Exemptions: | $15,289.14 |
| | | | | Taxes w/o Exemptions: | $15,634.39 |

**Improvement / Building**

**Improvement #1:** Residential   **State Code:** A1   **Living Area:** 4190.5 sqft   **Value:** $470,629

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| LA | Living Area | S - SB | SB | 1999 | 2553.5 |
| OP | Attached Open Porch | S - NO | | 1999 | 60.0 |
| AG | Attached Garage | S - SB | | 1999 | 494.0 |
| OP | Attached Open Porch | S - NO | | 1999 | 95.0 |
| PAC | Terrace with cover | V - SB | | 1999 | 301.0 |
| OP2 | Attached 2nd story porch | S - SB | | 1999 | 220.0 |
| LA2 | Living Area 2nd Level | S - SB | | 1999 | 1637.0 |

**Improvement #2:** Residential   **State Code:** A1   **Living Area:** sqft   **Value:** $6,111

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| SPA | Spa/Hot Tub/Jacuzzi | V - C | | 1999 | 1.0 |

**Land**

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RES | R/1 Family not Farm Single | 0.1694 | 7380.00 | 0.00 | 0.00 | $104,260 | $0 |

**Roll Value History**

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2016 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2015 | $476,740 | $104,260 | 0 | 581,000 | $0 | $581,000 |
| 2014 | $425,910 | $104,260 | 0 | 530,170 | $0 | $530,170 |
| 2013 | $469,740 | $104,260 | 0 | 574,000 | $0 | $574,000 |
| 2012 | $425,740 | $104,260 | 0 | 530,000 | $0 | $530,000 |
| 2011 | $436,010 | $104,260 | 0 | 540,270 | $0 | $540,270 |

**Deed History - (Last 3 Deed Transactions)**

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 7/26/2000 | Deed | Deed | | | 8606 | 0207 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | LYND, ADAM DAVID | | | |
| 2 | 6/19/1998 | Deed | Deed | FOUR L CASINO LLC | 7521 | 0657 | 0 |

**2016 data current as of Mar 28 2016 12:47AM.**
**2015 and prior year data current as of Mar 13 2016 9:31AM**
**For property information, contact (210) 242-2432 or (210) 224-8511 or email.**
**For website information, contact (210) 242-2500.**

Website version: 1.2.2.7         Database last updated on: 3/28/2016 12:47 AM         © N. Harris Computer Corporation