# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADAM DAVID LYND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | CIVIL ACTION NO. |
| COMPANY, AS TRUSTEE FOR | § | 5:16-CV-00326-OLG |
| SOUNDVIEW HOME LOAN TRUST 2005- | § | |
| OPT3, ASSET-BACKED CERTIFICATES, | § | |
| SERIES 2005-OPT3, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORIGINAL COUNTERCLAIM AND THIRD PARTY CLAIM
## FOR JUDICIAL FORECLOSURE

Defendant/Counter Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3 ("Deutsche" or "Defendant/Counter Plaintiff") files this Original Counterclaim and Third-Party Claim for Judicial Foreclosure against Plaintiff/Counter Defendant Adam David Lynd and Third-Party Defendant Angela K. Lynd and would respectfully show the Court as follows:

### I. PARTIES

Defendant/Counter Plaintiff Deutsche is Deutsche is the trustee for Soundview Home Loan Trust 2005-OPT3, Asset Backed Certificates, Series 2005-OPT3. The court looks to the citizenship of the trustee to determine the citizenship of the trust. *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 464-65, 100 S. Ct. 1779, 64 L. Ed. 2d 425 (1980). Therefore the court looks to Deutsche Bank to determine the citizenship of Soundview Home Loan Trust 2005-OPT3, Asset

Backed Certificates, Series 2005-OPT3. Deutsche Bank is a national banking association with its principal office in New York, therefore it is a citizen of New York for purposes of diversity jurisdiction. 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt*, 546 U.S. 303, 306-07 (2006); *see also Allen v. Wash. Mut. Bank,* 2015 U.S. Dist. LEXIS 92231, *9 (W.D. Tex. July 16, 2015).

Plaintiff/Counter Defendant Adam David Lynd is a natural citizen domiciled in the State of Texas, resident of Bexar County, Texas, with a current address of 25 Stratton Lane, San Antonio, Texas 78257. Plaintiff/Counter Defendant may be served with this Counterclaim through his attorney of record, Alan Braun, Davis Law Firm, as he has appeared in this lawsuit.

Third Party Defendant Angela K. Lynd is upon information and belief a natural citizen domiciled in the State of Texas, resident of Bexar County, Texas. The last known address(es) of Angela K. Lynd are: 25 Stratton Lane, San Antonio, Texas, 78257 and 8000 W. Interstate 10, Suite 1200, San Antonio, Texas 78230-3872 . Request is hereby made that summons for service be issued to Third Party Defendant Angela K. Lynd for this Third-Party Claim.

## II. JURISDICTION AND VENUE

Subject matter jurisdiction exists pursuant to 28 U.S.C. § 1332(a). The amount in controversy in this matter exceeds $75,000, exclusive of interest and costs.

Venue is appropriate in this district and division. *See* 28 U.S.C. § 1391. Plaintiff/Counter Defendant and/or Third-Party Defendant reside(s) in this district and is a resident of Texas, in which this district is located. *Id*. at § 1391(b)(1). The property that is the subject of this action is situated within this district and division. *Id.* at 1391(b)(2).

## III. FACTS

On or about August 10, 2005, Adam David Lynd and Angela K. Lynd executed a Texas Home Equity Adjustable Rate Note (Non-Recourse) (the "Note") in the original principal

amount of $800,000 to lender Option One Mortgage Corporation. The Note provides that if there is any default in the payment of any installment when due or in the performance of any agreement set forth in the Note, the Note Holder may elect to accelerate the maturity of the Note in which event the remaining unpaid balance becomes immediately due and payable. The Note is endorsed to Deutsche Bank National Trust Company, as Trustee. Payment of the Note is secured by a Deed of Trust executed by Adam David Lynd and Angela K. Lynd. The Deed of Trust conveys a lien in the real property located at 25 Stratton Lane, San Antonio, Texas 78257 (the "Property"). The beneficiary under the Deed of Trust was Option One Mortgage Corporation. On or about July 28, 2015, the Deed of Trust was assigned to Deutsche. Such assignment is recorded in the real property records of Bexar County, Texas, as Document Number 20150146650.

Plaintiff/Counter Defendant and Third Party Defendant failed to make payments in 2014. As of September 4, 2015, the amount required to cure the default under the Deed of Trust was $92,795.50, and the amount required to pay off the loan evidenced by the Deed of Trust was $792,900.79. On January 24, 2015, Deutsche, through its mortgage servicer, Ocwen Loan Servicing, LLC, served Plaintiff/Counter Defendant and Third Party Defendant with the Notice of Default and right to cure. Plaintiff/Counter Defendant and Third Party Defendant did not cure the default. On July 23, 2015, Deutsche, through its mortgage servicer, Ocwen Loan Servicing, LLC, served Plaintiff/Counter Defendant and Third Party Defendant with its Notice of Acceleration of Loan Maturity.

On September 23, 2015, Deutsche filed an Application for an Expedited Order under Rule 736 on a Home Equity Loan (the "Application") in the 407th Judicial District of Bexar County, Texas under Cause No. 2015-CI-1615-1, styled *In re: Order for Foreclosure Concerning 25 Stratton Lane San Antonio, Texas 78257 Under Tex. R. Civ. Proc. 736,*

*Petitioner: Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OPT3, Respondent(s): Adam David Lynd and Angela K. Lynd*. Plaintiff/Counter Defendant filed the present action, which by operation of law stayed the Application.

### IV. BREACH OF CONTRACT/JUDICIAL OR NON-JUDICIAL FORECLOSURE

A debt now exists that is owed by Plaintiff/Counter Defendant and Third-Party Defendant. The Deed of Trust secures a valid lien on the Property. Deutsche complied with its obligations under the Note and Deed of Trust (collectively the "Loan"). Plaintiff/Counter Defendant and Third-Party Defendant breached their obligations under the Loan by failing to make payments. Plaintiff/Counter Defendant and Third-Party Defendant are in default for failure to make the payments required under the Loan when, and as, due. The requisite notices of demand to cure the default, intent to accelerate, and acceleration of the loan maturity of the debt have been given to all necessary parties in accordance with the Deed of Trust, Section 51.002 of the Texas Property Code, and applicable law.

As a result of Plaintiff/Counter Defendant and Third-Party Defendant's default, Deutsche has been damaged in the amount of the entire outstanding balance of the Loan, plus any and all other lawful charges that are secured by the Deed of Trust. Deutsche seeks judgment against Plaintiff/Counter Defendant and Third-Party Defendant for establishment and foreclosure of the lien created by the Deed of Trust executed to secure Plaintiff/Counter Defendant and Third-Party Defendant's obligations under the Note. Deutsche seeks an order to sell the Property at a foreclosure sale.

Pursuant to the terms of the Loan and Texas Rule of Civil Procedure 309, Deutsche seeks entry of an order and judgment against Plaintiff/Counter Defendant and Third-Party Defendant

providing for the foreclosure of the mortgage lien encumbering the Property, as evidenced by the Loan; awarding Deutsche its debt, damages, and costs; and further providing that the Property shall be sold at public auction in accordance with the requirements of Texas Property Code Chapter 51 in satisfaction of such judgment.

In the alternative, and to the extent necessary, Deutsche further seeks entry of an order and judgment, expressly permitting Deutsche to proceed with foreclosure non-judicially by posting the Property for public auction in accordance with the requirements of Texas Property Code Chapter 51 and the Loan.

All conditions precedent to Deutsche's right to enforce the Loan and to obtain the relief requested herein have been performed or occurred.

Deutsche is also entitled to its reasonable and necessary attorney's fees and costs in this action pursuant to the terms of the Loan, as well as pursuant to Texas Civil Practice and Remedies Code § 38.001(8).

## V. PRAYER

Detusche prays Plaintiff/Counter Defendant take nothing by his suit. Detusche further requests that, upon final hearing or trial, judgment be rendered for Detusche including the following relief:

    a.    an order to foreclose upon the lien evidenced by the Security Instrument and ordering the sale of the Property;

    b.    its reasonable and necessary attorney's fees, as allowed by law;

    c.    interest accrued and accruing through the date of judgment as provided under the Loan.

    d.    post-judgment interest on all such amounts as permitted by law from the date of

judgment until satisfied at the rate allowed by law; and

e.  all such other relief, whether at law or in equity, to which Detusche may show itself justly entitled

Respectfully submitted,

**DYKEMA COX SMITH**

*/s/ Gemma R. Galeoto*
Brett W. Schouest (17807700)
Lead Attorney
bschouest@dykema.com
DYKEMA COX SMITH
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Fax: (210) 226-8395

Gemma R. Galeoto (24061047)
ggaleoto@dykema.com
DYKEMA COX SMITH
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Fax: (214) 462-6401

**ATTORNEYS FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on April 7, 2016, via first class mail to the following parties:

Alan Braun
Jeffrey R. Davis
Adam Poncio
DAVIS LAW FIRM
10500 Heritage Dr. Suite 102
San Antonio, Texas 78216

*/s/ Gemma R. Galeoto*
Gemma R. Galeoto