IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADAM DAVID LYND | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:16-CV-00326-OLG |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY, AS TRUSTEE FOR | § | |
| SOUNDVIEW HOME LOAN TRUST 2005- | § | |
| OPT3, ASSET-BACKED CERTIFICATES | § | |
| SERIES 2005-OPT3, | § | |
| | § | |
| **Defendant** | § | |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR FILING
RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Comes now Plaintiff Adam David Lynd ("Plaintiff") and files this motion to extend time for filing his response to the Defendant Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT 3, Asset-Backed Certificates Series 2005-Opt 3's ("Defendant") Motion to Dismiss (Dkt 4), and would show the Court as follows:

**I.
Introduction and Background**

The Plaintiff seeks an order to extend the time for filing his response to Defendant's Motion to Dismiss (Dkt 4), filed on April 7, 2016. The response is currently due on April 21, 2016.

Counsel conferred with counsel for Defendant via email and telephone on April 19, 2016. Counsel for Defendant has indicated that they are not opposed to a 14 extension for Plaintiff to respond to the Motion. Therefore Plaintiff respectfully requests the court grant his motion extending the deadline to provide her response to Defendant's Motion to Dismiss (Dkt 4) until May 5, 2016.

1. The relief requested herein is for good cause and will not result in undue delay.

2. No party will be prejudiced by the Court's granting of the requested extension.

3. A proposed Order granting this Unopposed Motion is filed herewith.

## II.
## Conclusion

For the foregoing reasons, the Plaintiff requests that the Court extend the date for Plaintiff to file his responses to the Defendant's Motion to Dismiss (Dkt 4) to May 5, 2016, and for such other and further relief to which he may be entitled.

**Respectfully Submitted,**

**BY: /s/ Alan Braun**

       **ADAM PONCIO**
       **State Bar No. 16109800**
       **THOMAS N. CAMMACK, III**
       **State Bar No. 24073762**
       **ALAN BRAUN**
       **State Bar No. 24054488**

**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Road, Suite 109**
**San Antonio, Texas 78229-3550**
**Telephone: (210) 212-7979**
**Facsimile: (210) 212-5880**

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I do hereby certify that I conferred with counsel for Defendant via email and telephone on April 19, 2016 and Counsel indicated that they were not opposed to a 14 day extension for Plaintiff to respond to their Motion to Dismiss in this matter.

    Brett W. Schouest
    Dykema Cox Smith
    Weston Centre
    112 E. Pecan Street, Suite 1800
    San Antonio, Texas 78205
    210-554-5500
    210-226-8395

                                        */s/ Alan Braun*
                                        **ALAN BRAUN**

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 19th day of April, 2016 a true and correct copy of the foregoing document was filed with the clerk for the U.S. District Court, Western District of Texas and a copy was forwarded via ECF notice to the all counsel of record.

                                        */s/ Alan Braun*
                                        **ALAN BRAUN**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ADAM DAVID LYND § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | CIVIL ACTION NO. 5:16-CV-00326-OLC |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| COMPANY, AS TRUSTEE FOR § | |
| SOUNDVIEW HOME LOAN TRUST 2005- § | |
| OPT3, ASSET-BACKED CERTIFICATES § | |
| SERIES 2005-OPT3, § | |
| § | |
| **Defendant** § | |

### ORDER EXTENDING TIME FOR FILING PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

On this the \_\_\_\_ day of _____, 2016, came on to be considered Plaintiff's' motion to extend time for filing her response to the Defendant's Motion to Dismiss (Dkt 4). The court grants the motion. The date for filing Plaintiff's response is extended to May, 5 2016.

Signed this the_____day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE