IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| ADAM DAVID LYND, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3, | § | CIVIL ACTION NO. 5:16-CV-00326-OLG |
| | § | |
| Defendant. | § | |

FILED
NOV 29 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## AGREED ORDER AND FINAL JUDGMENT

Before the Court is the Motion for Summary Judgment filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3 ("Deutsche" or "Defendant/Counter Plaintiff"). After consideration of the Motion, summary judgment evidence, and any responses and replies thereto on file, and the agreement of the parties to this Order and Final Judgment, the Court rules the Motion is GRANTED as follows:

It is ORDERED, ADJUDGED and DECREED that summary judgment is granted in favor of Deutsche on its counterclaim and third-party claim for judicial foreclosure; and

It is further ORDERED, ADJUDGED and DECREED that an event of default occurred on that certain Texas Home Equity Adjustable Rate Note executed by Adam David Lynd and Angela K. Lynd (the "Lynds") on or about August 10, 2005, originally payable to Option One Mortgage Corporation (the "Note"); and

It is further ORDERED, ADJUDGED and DECREED that certain Deed of Trust was executed by Adam David Lynd and Angela K. Lynd, dated August 10, 2005 and recorded in the official public records of Bexar County, Texas as Document No. 20050189675 ("Deed of Trust" and collectively with the Note, the "Loan Agreement") and that the Deed of Trust secures a first lien security interest on that certain real property described as follows:

> BEING LOT 117, BLOCK 16, NEW CITY BLOCK 34034B, DOMINION COTTAGE ESTATES SUBDIVISION UNIT 4, P.U.D, AN ADDITION IN THE CITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 9519, PAGE(S) 89-9, DEED AND PLAT RECORDS OF BEXAR COUNTY TEXAS

commonly known as 25 Stratton Lane, San Antonio, Texas 78257 (the "Property"); and

It is further ORDERED, ADJUDGED, and DECREED that Deutsche is the current holder and owner of the Note, and owner and mortgagee of the Deed of Trust, and that Deutsche, its successors and assigns, or its authorized mortgage servicer, including Ocwen Loan Servicing, LLC, are entitled to enforce the terms of the Loan Agreement, including judicial or non-judicial foreclosure upon the Property pursuant to the Deed of Trust; and

It is further ORDERED, ADJUDGED and DECREED that the following are secured by the Deed of Trust on the Property and may be paid from the proceeds of such foreclosure: the outstanding balance of the Note, including all amounts chargeable against the Note and Deed of Trust, as well as attorney fees, pre-judgment interest, post-judgment interest, and costs of court; and

This ORDER constitutes a final judgment that fully and finally disposes of all parties and all claims to this action. Costs are assessed against Plaintiff.

DATE: 11-29-16

_____
HONORABLE UNITED STATES JUDGE